## DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### FOURTH DISTRICT

**JOSE BELLO VALDEZ**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D17-3838

[December 6, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth A. Scherer, Judge; L.T. Case No. 062017CF003131A88810.

Roy J. Kahn, Miami, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Heidi L. Bettendorf, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***